**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ANGEL EMILIO MACHADO-AREVALO,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General of the United States, *et al.*,

Respondents.

Case No. 26-cv-4357-BAS

**ORDER DENYING PETITION WITHOUT PREJUDICE**

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum filed on July 30, 2026. (ECF Nos. 1–2.) The Petition alleges Petitioner has not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment.

Upon review, the Petition and Application do not demonstrate that Petitioner is entitled to relief. *Cf. United States v. Pimental*, 755 F.3d 1095, 1103–04 (9th Cir. 2014) (finding a four-day delay in presentment over a holiday weekend was unreasonable and unnecessary). Although Petitioner was "found" in the United States on July 8, 2026, he

was arrested for DUI by Oceanside Police Department and was held in state custody for that state offense. He has now been brought into federal custody. Accordingly, the Court **DENIES WITHOUT PREJUDICE** the Petition and Application. (ECF Nos. 1–2.) Petitioner is scheduled for arraignment on July 31, 2026 at 2:00 p.m. In the event that Petitioner is not arraigned on July 31, 2026, Petitioner may renew the Petition and Application. <u>Further, the Clerk of Court shall serve this Order on the U.S. Attorney's Office and close the case.</u>

**IT IS SO ORDERED.**

**DATED: July 31, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**